```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,                      ORDER

           - against -                          21 Civ. 6920 (NRB)

PRINCE COFIE and P. COF LLC,

                Defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has considered the submissions at ECF Nos. 18 and 19. The motion to vacate the Clerk's Certificates of Default is granted. Defendants' answer to the complaint is due by December 3, 2021. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 18.

**SO ORDERED.**

Dated:   New York, New York
         November 12, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE