# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

via ECF                                                                December 17, 2021

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007                         Re: G & G Closed Circuit Events, LLC v.
                                           Cofie, et. al., SDNY 21-CV-6920

Dear Judge Buchwald:

      I represent the Defendants in the above-referenced action, and this is to request adjournment of the Initial Conference scheduled for December 21, 2021 due to a scheduling conflict.

      This is the first request for adjournment. I have consulted with opposing counsel, and Plaintiff's counsel has consented to this request.

      We respectfully request that the Initial Conference be re-scheduled to the week of January 10, 2022, or the next available date for the Court thereafter.

      Should the Court require any additional information, please contact the undersigned.

                          Respectfully submitted,

                          /s/ Todd Wengrovsky

                          Todd Wengrovsky

cc: Joseph P. Loughlin, Esq.,
*Counsel for Plaintiff,* via ECF

```
Application granted. The IPC
is adjourned until January
11, 2022 at 12:00 p.m.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          December 17, 2021