```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,
                                                    ORDER
        - against -
                                              21 Civ. 6920 (NRB)
PRINCE COFIE and P. COF LLC.

                Defendants.

-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** discovery closed in the above-captioned action on March 6, 2023, see ECF No. 44;

    **WHEREAS** the Court granted plaintiff leave to file a motion for summary judgment in April 2023;

    **WHEREAS** no motion for summary judgment has been filed; it is hereby

    **ORDERED** that any motion for summary judgment is due by August 16, 2023.

Dated:   New York, New York
           July 26, 2023

                                                  NAOMI REICE BUCHWALD
                                               UNITED STATES DISTRICT JUDGE