# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

<u>via ECF</u>                                                                                   September 5, 2024

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007                          <u>Re: G & G Closed Circuit Events, LLC v.</u>
                                             <u>Cofie, et. al., SDNY 21-CV-6920</u>

Dear Judge Buchwald:

      I represent the Defendants in the above-referenced action, and this is to request an extension of time in which to file a brief in response to the Supplemental Brief filed by Plaintiff with regard to the Order on Motion for Summary Judgment.

      This is the first request for extension, and is requested due to the financial hardship on Defendants, whose business closed during the pandemic. I have consulted with opposing counsel, and Plaintiff's counsel consents to this request.

      We respectfully request that Defendants be permitted to file their brief on or before October 30, 2024.

      Should the Court require any additional information, please contact the undersigned.

      Respectfully submitted,

      <u>/s/ Todd Wengrovsky</u>

      Todd Wengrovsky

cc: Joseph P. Loughlin, Esq.,
*Counsel for Plaintiff,* via ECF

```
Application granted.
So ordered.

Dated: September 6, 2024
       New York, New York
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE