**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

-against-                          21 **CIVIL** 6920 (NRB)

## JUDGMENT

PRINCE COFIE, individually d/b/a ADINKRA
BAR & RESTAURANT and P. COF LLC, an
unknown business entity d/b/a ADINKRA BAR
& RESTAURANT,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 22, 2024, the Court has awarded damages in the amount of $5,600.00 for defendants' copyright violation, plus an additional $5,352.50 in attorneys' fees. Judgment is entered in favor of plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

      November 25, 2024

                                            **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                **BY:**     *K. Mango*

                                              **Deputy Clerk**